Yana A. Hart, Esq. (SBN: 306499)
yana@westcoastlitigation.com
**Hyde & Swigart**
2221 Camino Del Rio South, Suite 101
San Diego, CA 92108
Telephone: (619) 233-7770
Facsimile: (619) 297-1022

*Attorneys for Plaintiff,*
Ophelia Augustine

# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| OPHELIA AUGUSTINE, an individual,<br><br>       Plaintiff,<br><br>v.<br><br>CREDIT ONE BANK, N.A.; AND DOES 1-20, Inclusive,<br><br>       Defendant. | **Case No.: 3:18-cv-00184-BEN-WVG**<br><br>**MOTION FOR DISMISSAL OF ACTION WITH PREJUDICE AS TO THE NAMED PLAINTIFF AND WITHOUT PREJUDICE AS TO THE PUTATIVE CLASS**<br><br>**HON. ROGER T. BENITEZ** |
|---|---|

Plaintiff OPHELIA AUGUSTINE, hereby moves to dismiss the above entitled action with prejudice as to the named Plaintiff and without prejudice as to the Putative Class, pursuant to Fed. R. Civ. Procedure 41(a)(1)(ii), each party shall bear her/its own costs. The notice and approval requirements of Federal Rule of Civil Procedure 23(e) are inapplicable to the parties' settlement and dismissal of this Putative Class action because this action has not been certified as a class.

WHEREFORE, Plaintiff respectfully requests that this court dismiss this action with prejudice as to the named Plaintiff, and without prejudice as to the Putative Class. This Court retains jurisdiction to enforce the settlement of this action.

Respectfully submitted,

Dated: November 18, 2018      **HYDE & SWIGART, APC**

By: <u>s/Yana A. Hart</u>
     Yana A. Hart
     *Attorneys for Plaintiff*