

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OPHELIA AUGUSTINE, an individual,<br><br>Plaintiff,<br><br>v.<br><br>CREDIT ONE BANK, N.A.;<br>and DOES 1-20,<br><br>Defendants. | Case No.: 3:18-cv-0184-BEN-WVG<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS, Doc. 14** |

Pursuant to Federal Rule of Civil Procedure 41(a), Plaintiff Ophelia Augustine moves to dismiss her individual claims against Defendants with prejudice. Doc. 21. The joint motion is **GRANTED**. Each party shall bear its own costs, expenses, and fees.

**IT IS SO ORDERED.**

Date: January /4, 2019

HON. ROGER T. BENITEZ
United States District Judge